The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOYCE P. SCHWEICKERT, a single person,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY,<br><br>　　　　　　　　　　　Defendant. | NO. C05-0213JLR<br><br>ORDER OF DISMISSAL<br><br>*(Clerk's Action Required)* |

The Court has reviewed the Stipulation filed by Plaintiff and Defendant for dismissal of all claims between them and therefore orders, for good cause shown:

All claims by Plaintiff against Defendant are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

STIPULATION- 1
*SB/JDW/1443.013*

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

DATED this 8th day of March, 2006

*[signature]*

JAMES L. ROBART
United States District Judge

Presented by

WILSON SMITH COCHRAN DICKERSON

By  /s/ Shilpa Bhatia
      John D. Wilson, Jr., WSBA no. 4828
      Shilpa Bhatia, WSBA no. 28012
      Attorneys for Defendant Vigilant Insurance Company
Wilson Smith Cochran Dickerson
1215 4th Ave., Suite 1700
Seattle, WA 98161
Ph:   206.623.4100
Fax:  206.623.9273
bhatia@wscd.com
wilson@wscd.com


LAW OFFICE OF T. JEFFREY KEANE


By  /s/ T. Jeffrey Keane
      T. Jeffrey Keane, WSBA no. 8465
      Attorney for Plaintiff
Law Office of T. Jeffrey Keane
14204 SE 36th Street, Suite 325
Bellevue, WA  98006
Ph:   425.460.2294
Fax:  425.401.8491
tjk@tjkeanelaw.com

STIPULATION- 2
SB/JDW/1443.013

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273